RLK
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | FILED UNDER SEAL PURSUANT TO 18 U.S.C.§ 3509 AND LOCAL RULE 49.1(C)(1)(g) |
| v. | |
| JENNIFER MARIE STATELY | Case No. 24-mj-301 (JTH) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about March 15, 2024, in Beltrami County, in the State and District of Minnesota, within the exterior boundaries of the Red lake Indian Reservation, defendant, with malice aforethought, unlawfully killed Minor A by beating him about the face and head, constituting child abuse, and stabbing him in the chest with a knife. Defendant further caused the death of Minor B by slashing him with a knife constituting child abuse and leaving him within a home to which she intentionally set fire, constituting arson. Defendant further caused substantial bodily harm to Minor C by willfully depriving him of necessary medical care constituting neglect and caused substantial harm to Minor C by intentionally causing Minor C to be placed in a situation likely to substantially harm his physical, mental or emotional health or cause his death, constituting child endangerment,

all in violation of Title 18, United States Code, Sections 81, 1111, 1153, and Minnesota statues 609.378, subd. 1(a) and (b).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

_____
Complainant's signature

SUBSCRIBED and SWORN before me:    SA BRADLEY KLAG, FBI
_____
Printed name and title

_____
Judge's Signature

Date: April 26, 2024

City and State: Bemidji, MN

Jon T. Huseby
United States Magistrate Judge
Printed Name and Title