# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 24-118 (JRT/LIB) |
| | Date: October 8, 2025 |
| JENNIFER MARIE STATELY, | Court Reporter: Maria Weinbeck |
| Defendant. | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 2:49 p.m. |
| | Time Concluded: 3:03 p.m. |
| | Time in Court: 14 Minutes |

Before Judge John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
For Plaintiff:   Garrett S. Fields, Assistant U.S. Attorney and Rachel Lynn Kraker, Assistant U.S. Attorney
For Defendant:   Paul C. Engh

PROCEEDINGS:
  X The parties discuss the status of the case.
  X Trial dates and associated deadlines set.   Trial notice to be issued.

s/Karen Moldenhauer
Karen Moldenhauer, Judicial Assistant
For Judge John R. Tunheim